No. D–31. IN RE DISBARMENT OF ROSS. It is ordered that John A. Ross, Jr., of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–32. IN RE DISBARMENT OF GERMAISE. It is ordered that Irwin L. Germaise, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 35, Orig. UNITED STATES v. MAINE ET AL. Motion of Associated Gas Distributors for leave to file a brief as *amicus curiae* granted. [For earlier orders herein, see, *e. g., ante*, p. 1087.]

No. 73–1708. BURNS, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF IOWA, ET AL. v. ALCALA ET AL. C. A. 8th Cir. [Certiorari granted, *ante*, p. 823.] Motion of American Association for Maternal & Child Health et al. for leave to file a brief as *amici curiae* granted. Motion of the Attorney General of Florida for leave to participate in oral argument as *amicus curiae* denied.

No. 73–1908. CORT ET AL. v. ASH. C. A. 3d Cir. [Certiorari granted, *ante*, p. 992.] Motion of Chamber of Commerce of the United States for leave to file a brief as *amicus curiae* granted.

No. 73–2047. BUCK ET AL. v. IMPEACH NIXON COMMITTEE ET AL., *ante*, p. 891. Motion of respondents to retax costs denied.